1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | LATANYA LOVETTE STARKS, ) | Case No.: 2:21-cv-03864-AFM |
| 11 | Plaintiff, ) | {~~PROPOSED~~} ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| 12 | vs. ) | ATTORNEY FEES AND EXPENSES |
| | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| 13 | KILOLO KIJAKAZI, ) | AND COSTS PURSUANT TO 28 |
| | Acting Commissioner of Social ) | U.S.C. § 1920 |
| 14 | Security, ) | |
| | ) | |
| 15 | Defendant ) | |
| | ) | |

16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $2,310.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22

DATE:  1/28/2022

23

24   _____
     THE HONORABLE ALEXANDER F. MACKINNON
     UNITED STATES MAGISTRATE JUDGE

25

26